453 F.2d 1313
 72-1 USTC P 9393
 EL PASO NATIONAL BANK, Plaintiff-Appellant,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 71-2564 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 12, 1972.
 
 William T. Kirk, Jr., El Paso, Tex., for plaintiff-appellant.
 Seagal V. Wheatley, U. S. Atty., San Antonio, Tex., Ralph E. Harris, Asst. U. S. Atty., El Paso, Tex., William W. Guild, Atty., Tax Div., Dept. of Justice, Fort Worth, Tex., Fred B. Ugast, Acting Asst. Atty. Gen., Meyer Rothwacks, Harry Baum, Robert S. Watkins, Attys., Tax Div., Dept. of Justice, Washington, D. C., for defendant-appellee; William S. Sessions, U. S. Atty., of counsel.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed on the memorandum opinion of the district court. El Paso National Bank v. United States of America, W.D.Tex., 1971, 335 F.Supp. 490.
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I